UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAQUAN TYSON,

                    Plaintiff,

          -against-                                   26-cv-0363 (LTS)

NEW YORK CITY DEPARTMENT OF                           CIVIL JUDGMENT
CORRECTIONS,

                    Defendant.


For the reasons stated in the March 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.


  Dated:    March 30, 2026
            New York, New York


                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge